225

Submitted November 6, 2009, reversed January 6, 2010

In the Matter of P. S.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

P. S.,
*Appellant.*

Multnomah County Circuit Court
090263168; A141512

222 P3d 762

Rebecca Carter filed the brief for appellant.

John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Tiffany Keast, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

In this mental commitment case, appellant contends that, among other things, the evidence is insufficient to establish that she was a danger to herself because of a mental disorder. The state concedes that the evidence was insufficient to prove that appellant was a danger to herself. On *de novo* review, we agree that the evidence is insufficient.

Reversed.